## Charlie TINCH v. STATE.
### No. 18844.

Court of Criminal Appeals of Texas.

Dec. 16, 1936.

Tom Sanders, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for receiving and concealing stolen property; penalty assessed at confinement in the penitentiary for four years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Jose Maria CAVAZOS, Appellant, v. Tom KING, Appellee.
### No. 9898.

Court of Civil Appeals of Texas. San Antonio.

Dec. 9, 1936.

S. L. Gill, of Raymondville, for appellant.

Crane & Glarner, of Raymondville, for appellee.

BOBBITT, Justice.

Affirmed without written opinion. See Associated Indemnity Corporation et al. v. Gatling (Tex.Civ.App.) 75 S.W.(2d) 294.